IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JAMES ANDREW METCALF, )
)
Plaintiff, )
)
v. ) Civil Action No. 3:21-cv-177–HEH
)
THE GEO GROUP, INC., *et al.*, )
)
Defendants. )

# ORDER
### (Adopting Magistrate Judge's Report and Recommendation)

This matter is before the Court on the Report and Recommendation of the Magistrate Judge (ECF No. 71) filed on July 7, 2025, regarding Plaintiff James Andrew Metcalf's ("Plaintiff") Motion to Enforce Settlement (ECF No. 45). Upon review of the Report and Recommendation, and there being no objections filed, it is hereby ORDERED that:

(1) The Report and Recommendation of the Magistrate Judge (ECF No. 71) is ACCEPTED and ADOPTED; and

(2) Plaintiff's Motion to Enforce Settlement (ECF No. 45) is DENIED.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record and to *pro se* Plaintiff.

It is so ORDERED.

_____ /s/
Henry E. Hudson
Senior United States District Judge

Date: July 29, 2025
Richmond, Virginia